[No. 2289-1. Division One. March 11, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE E. RANKIN, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 61919, James A. Noe, J., entered April 26, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and James, JJ.